

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ADRIAN GUARDADO, | § | No. 08-14-00083-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 171st Judicial District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| State. | | (TC# 20130D03559) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **January 8, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before January 8, 2015.

IT IS SO ORDERED this 25th day of November, 2014.

PER CURIAM

Before McClure, Rodriguez, and Hughes, JJ.